1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9

Earl L McClure,

No. CV-20-01389-PHX-SMB

10

Plaintiff,

**ORDER**

11

v.

12

State Farm Life Insurance Company,

13

Defendant.

14
15

Pending before the Court is Plaintiff's Motion for Clarification of the Case

16

Management Order (Doc. 17). There has been a response and reply filed and the Court

17

now rules. Plaintiff asks for clarification of two issues from the Case Management Order:

18

1) Discovery limitations and 2) briefing schedule for class certification. Although the

19

parties agreed on no limitations on discovery, except those imposed by the Federal Rules

20

of Civil Procedure, the Court disagrees and did intend to impose limitations. However, the

21

Court does not recall discussing that Plaintiff had already served 49 requests for production

22

or the impact the extension of time granted to Defendant to respond would have on the

23

discovery. If Plaintiff were to seek leave to serve additional requests based on discovery

24

in parallel cases and the parties' agreement, it would likely be granted. Therefore, in the

25

interest of judicial economy, the case management order will be modified to allow 49

26

requests for production of documents. In addition, the failure to include a briefing schedule

27

for class certification was an oversight and will be so ordered.

28

**IT IS ORDERED** granting the Motion for Clarification and modifying the Case

Management Order to reflect a limit of 49 requests for production of documents to include the following briefing schedule for class certification:

- September 10, 2021: Deadline for Plaintiff to file motion for class certification, including class certification expert disclosure(s), if any.

- October 22, 2021: Deadline for Defendant to file response brief to motion for class certification, including class certification expert disclosure(s), if any.

- November 5, 2021: Deadline for Plaintiff to file reply brief, including rebuttal class certification expert disclosure(s), if any.

Dated this 29th day of March, 2021.

Honorable Susan M. Brnovich
United States District Judge