1 | **STINSON LLP**
Sharon W. Ng (#024975)
2 | 1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
3 | Telephone: 602.279-1600
Facsimile: 602.240-6925
4 | E-mail: sharon.ng@stinson.com

5 | Todd Noteboom, *admitted pro hac vice*
50 South Sixth Street, Suite 2600
6 | Minneapolis, MN 55402
Telephone: 612.335.1894
7 | Facsimile: 612.335.1657
E-mail: todd.noteboom@stinson.com

8 | Jeremy A. Root, *admitted pro hac vice*
9 | 230 W. McCarty Street
Jefferson City, MO 65101-1553
10 | Telephone: 573.556.3609
Facsimile: 573.556.3635
11 | E-mail: jeremy.root@stinson.com

12 | *Attorneys for Defendant State Farm Life Insurance Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Earl L. McClure, individually and on behalf of all others similarly situated, | CLASS ACTION |
|---|---|
| Plaintiff, | No. 2:20-cv-01389-SMB |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| State Farm Life Insurance Company, | |
| Defendant. | |

Defendant State Farm Life Insurance Company certifies that the following discovery requests were served by mailing the same on May 14, via U.S. Mail and via electronic mail to the Plaintiff through his counsel of record:

1. State Farm's First Request For Production of Documents to Plaintiff;
2. State Farm's First Set of Interrogatories to Plaintiff.

CORE/2063187.0048/166887185.1

1  RESPECTFULLY SUBMITTED this 14th day of May, 2021.

**STINSON LLP**

By: */s/ Sharon W. Ng*
Sharon W. Ng
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

Todd Noteboom, *admitted pro hac vice*
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Jeremy A. Root, *admitted pro hac vice*
230 W. McCarty Street
Jefferson City, MO 65101-1553

Attorneys for Defendant State Farm Insurance Company

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2021 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

> José de Jesús Rivera
> Heather L.H. Goodwin
> MILLER, PITT, FELDMAN & McANALLY P.C.
> 2800 North Central Avenue, Suite 840
> Phoenix, Arizona 85004
>
> Norman E. Siegel
> Ethan M. Lange
> Lindsay Todd Perkins
> STUEVE SIEGEL HANSON LLP
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
>
> John J. Schirger
> Matthew W. Lytle
> Joseph M Feierabend
> MILLER SCHIRGER, LLC
> 4520 Main Street, Suite 1570
> Kansas City, Missouri 64111

By: /s/ Kathleen Kaupke