**STINSON LLP**
Sharon W. Ng (#024975)
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Telephone: 602.279-1600
Facsimile: 602.240-6925
E-mail: sharon.ng@stinson.com

Todd Noteboom, *admitted pro hac vice*
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.335.1894
Facsimile: 612.335.1657
E-mail: todd.noteboom@stinson.com

Jeremy A. Root, *admitted pro hac vice*
230 W. McCarty Street
Jefferson City, MO 65101-1553
Telephone: 573.556.3609
Facsimile: 573.556.3635
E-mail: jeremy.root@stinson.com

*Attorneys for Defendant State Farm Life Insurance Company*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Earl L. McClure, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>State Farm Life Insurance Company,<br><br>Defendant. | CLASS ACTION<br><br>No. 2:20-cv-01389-SMB<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendant State Farm Life Insurance Company certifies that State Farm's First Supplemental Responses and Objections to Plaintiff's First Requests for Production of Documents was served by mailing the same on June 17, 2021, via U.S. Mail and via electronic mail to the Plaintiff through his counsel of record.

CORE/2063187.0048/167632305.1

RESPECTFULLY SUBMITTED this 17th day of June, 2021.

**STINSON LLP**

By: */s/ Sharon W. Ng*
Sharon W. Ng
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

Todd Noteboom, *admitted pro hac vice*
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

Jeremy A. Root, *admitted pro hac vice*
230 W. McCarty Street
Jefferson City, MO 65101-1553

Attorneys for Defendant State Farm Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

José de Jesús Rivera
Heather L.H. Goodwin
MILLER, PITT, FELDMAN & McANALLY P.C.
2800 North Central Avenue, Suite 840
Phoenix, Arizona 85004

Norman E. Siegel
Ethan M. Lange
Lindsay Todd Perkins
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112

John J. Schirger
Matthew W. Lytle
Joseph M Feierabend
MILLER SCHIRGER, LLC
4520 Main Street, Suite 1570
Kansas City, Missouri 64111

By: */s/ Kathleen Kaupke*

CORE/2063187.0048/167632305.1